COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No   01-13-00238-CV, *Esmeralda Thurman v. Buy George Resale, L.L.C. d/b/a Riverbridge Resale & Consignment and Kim Bolt*

On appeal from the 240th District Court of Fort Bend County, Texas, Trial Court Case No. 10-DCV-181877.

On September 9, 2013, appellant filed a document in this court entitled "Plaintiff's Response to Defendant's Motion for No Evidence Summary Judgment." This document is not part of the clerk's record that has been presented to this court. On March 6, 2014, this court ordered the district clerk to supplement the clerk's record with a copy of the document. The district clerk's office responded with an affidavit denying that it had such a document in its records.

If the parties agree that the document was filed in the trial court, they are ordered to utilize the procedures of Texas Rule of Appellate Procedure 34.5(e) to supplement the clerk's record and to inform this court when they have done so. Otherwise, the parties are to inform this court if they contend that the document was not actually filed. In either case, the parties are ordered to file a status report in the First Court of Appeals **no later than March 24, 2014.**

It is so ORDERED.

Judge's signature:    /s/ Michael Massengale
                              Acting individually

Date:                March 19, 2014